IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| **PATRICIA RENEE WEST**, | : | CASE NO. **17-60670**-CRM |
| Debtor. | : | |
| ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ | : | __ __ __ __ __ __ __ __ __ __ __ |
| BMW BANK OF NORTH AMERICA, | : | |
| Movant, | : | |
| v. | : | CONTESTED MATTER |
| PATRICIA RENEE WEST, Debtor; and NANCY J. WHALEY, Trustee, | : | |
| Respondents. | : | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES BMW BANK OF NORTH AMERICA (the "Movant") and moves this Court for relief from the automatic stay and shows the Court as follows:

1.

On June 16, 2017, Patricia Renee West ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Chapter 13, and said case is pending before this Court.

2.

Movant has a claim in this case secured by a first priority lien against Debtor's vehicle, to wit: 2013 BMW X5 VIN 5UXZV4C53D0B03637 (the "Collateral").The payoff is $36,589.54 as of August 7, 2017.

3.

Debtor's intention is to surrender the Collateral to Movant. Debtor's proposed Chapter 13 Plan provides for surrender.

4.

Debtor does not have equity in the Collateral and the Collateral is not necessary to a reorganization that is in prospect.

5.

Cause exists including the lack of adequate protection to grant Movant relief from the automatic stay so as to authorize Movant to recover and dispose of the Collateral. Movant requests the right to file an amended proof of claim after liquidation of the Collateral.

6.

Movant requests that Bankruptcy Rule 4001(a)(3) be waived.

WHEREFORE, Movant prays that this Court:

(a) Hold a hearing pursuant to this Motion within thirty (30) days as is required under 11 U.S.C. Section 362(e);

(b) Grant Movant relief from the automatic stay under 11 U.S.C. Section 362(d) so as to allow Movant to recover and dispose of the Collateral and to apply the net proceeds generated therefrom to its claim in this case, and if the disposition results in a deficiency, amend its claim filed in this case, subject to objection;

(c) Rule 4001(a)(3) be waived; and

(d) Grant such other and further relief as the Court deems to be just and proper.

This August 9, 2017.

        The Law Office of
        LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
        Attorneys for Movant


        By: /s/Craig B. Lefkoff
            Craig B. Lefkoff
            Georgia State Bar No. 445045

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
clefkoff@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **PATRICIA RENEE WEST**, | : | CASE NO. **17-60670**-CRM |
| | : | |
| Debtor. | : | |
| —————————— | : | —————————— |
| | : | |
| BMW BANK OF NORTH AMERICA, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| PATRICIA RENEE WEST, Debtor; and NANCY J. WHALEY, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    The undersigned, Craig B. Lefkoff, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served the MOTION FOR RELIEF FROM AUTOMATIC STAY and NOTICE OF HEARING on the following parties 1) electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

Patricia Renee West
6121 Radford Drive
Riverdale, GA 30296

Karen King
215 Pryor Street
Atlanta, GA 30303

Nancy J. Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

    This August 9, 2017.

                The Law Office of
                LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
                Attorneys for Movant


                By: /s/Craig B. Lefkoff
                      Craig B. Lefkoff
                      Georgia State Bar No. 445045

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
clefkoff@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **PATRICIA RENEE WEST**, | : | CASE NO. **17-60670**-CRM |
| | : | |
| Debtor. | : | |
| _ _ _ _ _ _ _ _ _ _ _ _ | : | _ _ _ _ _ _ _ _ _ _ _ |
| | : | |
| BMW BANK OF NORTH AMERICA, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| PATRICIA RENEE WEST, Debtor; and NANCY J. WHALEY, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |
| | : | |

**NOTICE OF HEARING**

    PLEASE TAKE NOTICE that **BMW Bank of North America** has filed a Motion for Relief from Automatic Stay and related papers with the Court seeking an order of relief from the Automatic Stay.

**PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion for Relief from Automatic Stay, in Courtroom 1203, The Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia  at 9:30 a.m. on August 29, 2017.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address for the

Clerk's Office is: Clerk, United States Bankruptcy Court, Room 1340, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia  30303. You must also mail a copy of your response to the undersigned at the address stated below.

IF THE MOTION IS FOR RELIEF FROM STAY, and a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consent to the automatic stay remaining in effect until the Court orders otherwise.

Dated: August 9, 2017            Signature: /s/Craig B. Lefkoff
                                                           Craig B. Lefkoff
                                                           5555 Glenridge Connector
                                                           Suite 900
                                                           Atlanta, Georgia  30342
                                                           (404) 869-6900
                                                           clefkoff@lrglaw.com
                                                           Bar Number 445045